IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:20-CR-180-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MAURICE HEMINGWAY, | ) | |
| Defendant. | ) | |

Maurice Hemingway ("Hemingway" or "defendant"), appearing pro se, filed a motion for copies of the preliminary hearing transcript, a motion for production of documents, motion for disclosure of K-9 records, a motion for the detention hearing transcript, and a motion for the grand jury transcript. See [D.E. 28, 29, 30, 31, 36]. Defendant is represented by counsel. The motions [D.E. 28, 29, 30, 31, 36] are DENIED. Defendant may consult with his counsel about the documents that his counsel receives concerning his case.

SO ORDERED. This 21 day of September, 2021.

JAMES C. DEVER III
United States District Judge