IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-180-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MAURICE HEMINGWAY, | ) | |
| | ) | |
| Defendant. | ) | |

On May 17, 2021, defendant Maurice Hemingway filed a motion to suppress [D.E. 43]. On June 9, 2021, the government responded in opposition [D.E. 49]. On November 23, 2021, the court held a hearing concerning the motion to suppress. As explained at the end of the hearing and incorporated by reference, the court DENIES defendant's motion to suppress.

SO ORDERED. This 23 day of November, 2021.

JAMES C. DEVER III
United States District Judge