IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-180-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MAURICE HEMINGWAY, ) | |
| ) | |
| Defendant. ) | |

On December 31, 2021, and June 23, 2022, Maurice Hemingway ("Hemingway" or "defendant") filed a pro se to reopen suppression hearing [D.E. 67, 89]. On February 9, 2022, defendant filed a pro se motion for selective prosecution [D.E. 75] and a motion for discovery [D.E. 76]. On July 5, 2022, defendant filed a pro se motion to dismiss [D.E. 91], to sequester [D.E. 92], and for early disclosure of Brady/Giglio material [D.E. 93]. On July 26, 2022, defendant filed a pro se motion to produce Rule 404(b) and 609 evidence [D.E. 95]. On August 5, 2022, defendant filed a pro se motion for early PSR [D.E. 96].

Hemingway is represented by counsel [D.E. 83]. Thus, Hemingway's pro se motions [D.E. 67, 75, 76, 89, 91, 92, 93, 95, 96] are dismissed.

In sum, the court DISMISSES defendant's pro se motions [D.E. 67, 75, 76, 89, 91, 92, 93, 95, 96].

SO ORDERED. This 29 day of September, 2022.

JAMES C. DEVER III
United States District Judge